Motion Granted; Appeal Dismissed and Memorandum
Opinion filed January 20, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00815-CV

____________

 

DYERSDALE ENERGY, LP, Appellant

 

V.

 

MARK PETRZELKA, WILLIAM R. GALLOWAY, JAMES L. GALLOWAY,
JOE WINKER, AND LEONARDO REYNA, Appellees

 



 

On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2008-72763

 



 

MEMORANDUM 
OPINION

This is
an appeal from a judgment signed August 16, 2010.  On January 5, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Frost and Christopher.